**FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, a Maryland corporation; Settlement Funding, LLC, d/b/a Peachtree Settlement Funding, Plaintiffs—Appellees,**

v.

**RAPID SETTLEMENTS, LTD., Defendant—Appellant,**

**Fidelity and Guaranty Assignment Corporation, Claimant— Appellee,**

and

**Lucille Harrod; Brooke Schumm, III, Defendants.**

v.

**Rapid Settlements, Ltd., Defendant— Appellant,**

**Fidelity And Guaranty Assignment Corporation, Claimant— Appellee,**

and

**Lucille Harrod; Brooke Schumm, III, Defendants.**

**Nos. 08–1599, 08–2303.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2009.

Decided: Oct. 23, 2009.

Stewart A. Feldman, The Feldman Law Firm, L.L.P., Houston, TX, for Appellant. Elyse L. Strickland, Selzer, Gurvitch, Rabin & Obecny, Chtd., Bethesda, Maryland; H. Mark Stichel, Gohn, Hankey & Stichel, L.L.P., Baltimore, Maryland; Stephen H. Kaufman, Offit Kurman, P.A., Owings Mills, Maryland, for Appellees.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Rapid Settlements, Ltd., appeals from the district court's orders enjoining an arbitration proceeding filed by Rapid Settlements, granting summary judgment against Rapid Settlements in this interpleader action, imposing sanctions against Rapid Settlements and its counsel, and denying reconsideration. We have reviewed the record and the briefs filed by the parties and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rapid Settlements, Ltd. v. Settlement Funding, LLC,* No. 1:05–cv–02732–CCB, 2007 WL 2781932 (D. Md. Mar. 6, 2007), 2007 WL 2847966 (Sept. 27, 2007), 2008 WL 2246518 (Apr. 15, 2008), and (filed Oct. 15, 2008; entered Oct. 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*